**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION AT LEXINGTON**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**ASHLEY TAI ANDERSON,**

**Defendant.**

**CRIMINAL NO. 5:26-22-KKC-MAS-1**

**ORDER**

Defendant Ashley Tai Anderson has filed a motion for rearraignment (DE# 39). Being sufficiently advised, it is hereby **ORDERED** as follows:

1. The defendant's motion for rearraignment (DE# 39) is **GRANTED**.
2. Rearraignment of the defendant shall be held on **November 17, 2026 at 1:00 p.m.** at the United States Courthouse in Lexington, Kentucky.
3. As soon as practical following the rearraignment, counsel for the defendant, the Assistant United States Attorney, and the Probation Officer responsible for the preparation of the Presentence Investigation Report ("PSR") shall meet, either in person and/or by telephone or video conference, for the purpose of identifying relevant facts to be included in the PSR and discussing relevant provisions of the United States Sentencing Guidelines which may affect the defendant's guideline range for imprisonment, fine and other matters relevant to the ultimate sentence to be imposed by the Court.
4. The jury trial, previously scheduled to begin on **December 16, 2026** is **CANCELED,** as to this defendant only.

This 3rd day of November 2026.

**Signed By:**
***Karen K. Caldwell*** KKC
**United States District Judge**